```
 1 | DANIEL J. BRODERICK, Bar# 89424
   | Federal Defender
 2 | JEFFREY L. STANIELS, Bar# 91413
   | Assistant Federal Defender
 3 | 801 I Street, 3rd Floor
   | Sacramento, California  95814
 4 | Telephone (916) 498-5700
```



**FILED**

MAR 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

Attorney for Defendant
CESAR ADRIAN ZUNIGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

C/EJG

| UNITED STATES OF AMERICA, | ) | Cr.S. 09-095-EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ~~[PROPOSED]~~ FOR** |
| v. | ) | **CONTINUANCE OF SENTENCING** |
| | ) | |
| CESAR ADRIAN ZUNIGA, | ) | |
| | ) | DATE: March 9, 2012 |
| | ) | TIME: 10:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** and agreed to by and among the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendant, CESAR ADRIAN ZUNIGA by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the current disclosure schedule and sentencing date be vacated and that a new schedule be established as set forth below. This new schedule is needed because of impediments in scheduling the PSR interview with the defendant and the anticipated unavailability of government counsel due to military obligations.

The following briefing schedule for the above-stated motions is

1  agreed to and is based on a conference between counsel and with the
2  Probation Officer:
3    Draft Presentence Report:                                April 20, 2012
4    Informal Objections:                                      May 11, 2012
5    Final Presentence Report:                                 May 18, 2012
6    Formal Objections / Motion To Correct PSR:                June 1, 2012
7    Hearing on PSR and Sentencing                             June 8, 2012

8      IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial
9  Act is not implicated by this request since Mr. Cesar Zuniga has
10 already pled guilty.

11
12 DATED: March 8, 2012
13

14                                    BENJAMIN WAGNER
                                      United States Attorney
15
                               by     /s/ Heiko Coppola
16                                    HEIKO P. COPPOLA
                                      Assistant U.S. Attorney
17
18
19 DATED: March 8, 2012
                               by     DANIEL J. BRODERICK
20                                    Federal Defender

21                                    /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
22                                    Assistant Federal Defender
                                      Attorney for Defendant
23                                    CESAR ADRIAN ZUNIGA

24
25
                                **O R D E R**
26
27     For the reasons stated in the above stipulation of counsel, the
28 sentencing date of April 8, 2011, is hereby vacated as to Cesar Zuniga

1 | and the proposed disclosure schedule and sentencing date set forth in
2 | the attached stipulation is adopted.
3 | **IT IS SO ORDERED.**
4 | By the Court,
5 |
6 | DATED: March 2, 2012
7 | HON. EDWARD J. GARCIA
   | Senior United States District Judge